IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Jennifer Jamieson, ) | C/A No. 3:20-3475-JMC-SVH |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| Richland County Sherriff's ) | |
| Department, and Glen Oxendine, ) | |
| Sr., ) | |
| ) | |
| Defendants. ) | |
| ) | |

This action was removed to this court on September 30, 2020. Pursuant to the Third Amended Scheduling Order entered by the court on October 28, 2021, discovery was to be completed by December 1, 2021, with dispositive motions, if any, to be filed by no later than December 16, 2021. [ECF No. 43]. These deadlines have now expired.

Because the discovery deadlines in this case have passed and no dispositive motions were filed, this case is ready for trial. The Clerk is hereby directed to forward the file to the United States District Judge for trial.

IT IS SO ORDERED.

December 17, 2021                              Shiva V. Hodges
Columbia, South Carolina                 United States Magistrate Judge